UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C L O S E D

CORRIS L. JACKSON, #156654,

    Plaintiff,

Civil No: 2:07-CV-10791
HON. ANNA DIGGS TAYLOR

v.

PATRICIA CARUSO, et. al.,

    Defendants.
_____/

## JUDGMENT

The above entitled matter having come before the Court on Plaintiff's *pro se* civil rights complaint **[Doc. #1-1]**, and in accordance with the Opinion and Order Summarily Dismissing Plaintiff's Civil Rights Complaint entered on August 7, 2007,

IT IS HEREBY ORDERED that the Plaintiff's Complaint **[Doc. #1-1, filed February 22, 2007]** is **DISMISSED.**

DAVID WEAVER
CLERK OF THE COURT

BY:s/Johnetta M. Curry-Wms
    Deputy Clerk

APPROVED:

**s/Anna Diggs Taylor**
HONORABLE ANNA DIGGS TAYLOR
UNITED STATES DISTRICT COURT

Dated: August 7, 2007

**Pursuant to Rule (77d), FRCivP:**

The undersigned certifies that the foregoing Judgment was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on August 7, 2007.

Corris Jackson, #156654
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, MI 49660-8902